**Order entered December 30, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00959-CV**

**IN THE INTEREST OF D.B.S., B.L.S., B.L.P., D.E.S., AND A.B.P., CHILDREN**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85179**

**ORDER**

Before the Court are Mother's and the children's motions for an extension of time to file their briefs. We **GRANT** the motions and **ORDER** the briefs be filed no later than January 15, 2021. Because this is an accelerated appeal in a parental termination case, we caution the parties that further extension requests will not be granted absent exigent circumstances.

/s/    ERIN A. NOWELL
          JUSTICE